UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———— ✕ ———— ✕ ———— ✕ ————

CARLOS ABREU # 99A3027      : 17 CV 6394 W
            PLAINTIFF

        VS.

                                    42 USC §
                                    1983
KEVIN BRUEN · NANCY J. HEYWOOD ·     COMPLAINT
JOHN C. COLVIN · AMY L. LAMMANA ·
LAURIE JONES · GERARD JONES ·        DOCKET
TRICIA M. MILLER · CHRISTOPHER GERSON ·
EDWARD RIZZO · E. KOENIGSMANN ·      JURY TRIAL
TODD JOHNSON · L. STOJKAJ ,          DEMANDED
ANTHONY J. ANNUCCI · MEGAN MACTAVISH ·
DR. BELGARD · KRISTIN SOLOTTI ·
STACEY SAPP, MANDI SCHULTZ ·
RICHARD GOODLIFF, KIMBERLY Cheasman ·
BRIGETTE MISURACA, SHAWN VANHORN ·
JOSEPH BRINNIER · L.T MR WHITE ·
MAURICE J. BOUVIA · JESSICA BURNETT ·
BRYAN HILTON · T. SCHLEE · MR RANIERI ·
MAUREEN Collins · ROBERT CASPER ·
CAROL GARDNER · RN. MOTT ·
CHRISTOPHER HOFF · MR D'AMATO ·
JAYME COSPER · WILLIAM OWEN ·
SHARIL KAHPINICH · LAUREANO DENNIS ·
NICHOLAS Lock · MAX THEODORE ·
NICHOLE RELYEA · JOHN RELYEA ·
DAVID L. HAINES, JEFFREY J. HELMICKI ·
CASSANDRA Louise HEYL · WENDY KEERY ·
CHARLES COVENTRY · ROBERT JANSEN ·
RICHARD GOODLIFF · KATHERINE GOULD ·
PUNGROSS CARROLL · TED L LABRAKE ·
MS. DOMAGALSKI · JOSHUA FRIBUSH ,
RN JONTEL · DEFENDANT BERNSTEIN ·
BRANDON MACIE · C.O WHITE · C·O JENKINS ·

                    # (1)

EDWARD RIZZO; S. HILL; P. RILEY; LINDA Young;
S. POTCHEN; P. MELECIO; C. MILLER; MR EASTMAN;
MR. CLEVELAND; BOSCUE; MULLIGAN; MR. NABOZNY;
BOSCO; SAUNDER; CERBULO; TAVENIER; PRISCATORE;
BOX; HENDERSON; SOLOVIERA; TIM MOREY;
BUELER; GAEL; LAMITIE; Brothers; KASKIN;
MAXIMILLIAN; SCHATZEL; NOWICKI; KUNKLE;
N FERENCE; ELOVICH; LIEBER; SCHAEFER;
SULLIVAN; CUOMO; DEGRAW; EFFMAN; S.
CROSBY; MAHER; DR DiNELLO, PATRONSKI;
DR. BELGARD; ROCKER; THEODORE; DOMAGALSKI
(DOMAGALSKI); DADSON; COVENTRY; Bobineaux;
TANIS; R. SHIELDS; MR BURNETT; MR KELLER
(KEYSER); M. STIRK; K. O'NEILL; M. DRAKE;
J. TAURIELLO; D. SCUREF; A. MILLER;
MS ELOVICH; D. McCULLoch; newYork
STATE (N.Y.); N.Y'S DOCCS; N.Y'S OMH
TOM LIEBER; MEOGHAN BERNSTEIN RISK
MANAGEMENT SPECIALIST OF THE CNYPC- OMH;
C.O.M. JENKINS, AND C.O. J. WODA OF FIVE POINTS CF. STILL
DEFENDANTS

—————— × ———— ✗

#(2)

## JURISDICTION

1) PLAINTIFF BRINGS THIS LAWSUIT PURSUANT TO 42 USC § 1983. THIS COURT HAS JURISDICTION UNDER 28 USC § 1331 AND 1343. PLAINTIFF ALSO SEEKS A DECLARATORY JUDGMENT PURSUANT TO 28 USC § 2201.

2) THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE-LAW CLAIMS PURSUANT TO 28 USC § 1367.

## VENUE

3) THE DISTRICT OF NEW YORK FOR THE WESTERN IS AN APPROPRIATE VENUE UNDER 28 USC § 1391 (b)(2).

## PRELIMINARY STATEMENT

4) THIS IS A CIVIL RIGHTS ACTION FILED BY CARLOS ABREU, A STATE PRISONER, FOR COMPENSATORY AND PUNITIVE DAMAGES AND INJUNCTIVE RELIEF PURSUANT TO TITLE 42 USC § 1983. ALLEGING VIOLATION OF RIGHTS, SECURED UNDER THE UNITED STATES CONSTITUTION. OCCURRING WHILE PLAINTIFF WAS INCARCERATED AT FIVE POINTS CORRECTIONAL FACILITY (FIVE POINTS), SULLIVAN CORR FACILITY (SULLIVAN), GREAT MEADOW C.F (GREAT MEADOW), AUBURN CORR FAC. (AUBURN), CENTRAL NEW YORK PSYCHIATRIC CENTER (CNYPC). ALLEGING INTER ALIA DELIBERATE INDIFFERENCE TO PLAINTIFF'S MEDICAL AND MENTAL HEALTH NEEDS. IN VIOLATIONS OF THE EIGHTH AND FOURTEENTH AMENDMENTS. PHYSICAL AND PSYCHOLOGICAL ABUSE AND SEXUAL ASSAULTS. VIOLATIONS OF THE PLAINTIFF FOURTEENTH AMENDMENT EQUAL PROTECTION RIGHTS, ROOTED IN DISCRIMINATION BASED ON HIS MENTAL ILLNESS, RACE, AND ETHNICITY. VIOLATION OF PLAINTIFF'S

#(3)

FIRST AMENDMENT RIGHT TO RELIGIOUS BELIEF, RELIGIOUS FOODS: ACCESS TO THE COURTS: ACCESS TO THE LAW LIBRARY; LEGAL COPIES: LEGAL SUPPLIES/MATERIALS. AND ACCESS TO READING MATERIALS: SPANISH READING MATERIALS: SPANISH MUSIC: T.V. CHANNELS IN SPANISH. IMPROPER USE OF EXPOSER CONTROL SUIT: USE OF EXCESSIVE USE OF FORCE: FALSE REPORTS/TICKETS: ABUSES AND CORRUPTIONS RESTRAINTS AND HARSH CONDITIONS OF CONFINEMENT IN THE SPECIAL HOUSING UNITS.

*)                    PARTIES

5) PLAINTIFF CARLOS ABREU (ABREU) IS INCORCERATED IN FIVE POINTS, AT THE STATE OF NEW YORK UNDER THE N.Y.S. DEPARTMENT OF CORRECTIONS AND COMMU-NITY SUPERVISION (N.Y.S. DOCCS).

6) DEFENDANT KEVIN BRUEN WAS AT ALL TIMES RELEVANT TO THIS ACTION THE DEPUTY COMMISSIONER FOR COUNSEL OFFICE, AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

7) NANCY I. HEYWOOD, WAS AT ALL TIMES RELEVANT TO THIS ACTION THE DEPUTY COUNSEL, FOR COUNSEL OFFICE IN N.Y.S. DOCCS, AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITIES

8) JOHN C. COLVIN WAS AT ALL TIMES RELEVANT TO THIS ACTION, THE SUPERINTENDENT OF FIVE POINTS AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES

9) DEFENDANT AMY L. LAMANNA, WAS AT ALL TIMES

#(4)

relevant to this action, the Deputy Superintendent for Administrative at the Five Points, and was acting under the color of Federal and State Law. She is sued in her individual & official capacities.

10) Defendant Laurie Jones was at all times relevant to this action the Deputy Superintendent for Program at the Five Points(s) and was acting under the color of Federal and State Law. She is sued in her individual and official capacities

11) Defendant Gerard Jones was at all times relevant to this action the Deputy First Superintendent / First Deputy Superintendent) at the Five Points and was acting under the color of Federal and State Law. He is sued in his individual and official capacities.

12) Defendant Tricia M. Miller was at all times relevant to this action, the Deputy Superintendent Correctional for Mental Health at the Five Points, and was acting under the color of Federal and State Law. She is sued in her individual and official capacities.

13) Defendant Christopher I. Gleason was at all times relevant to this action the Captain and Acting Deputy Superintendent for Security at the Five Points and was acting under the color of Federal and State Law. He is sued in his individual and official capacities.

14) Defendant Edward J. Rizzo was at all times relevant to this action the Lieutenant and Acting Captain at Five Points

# (5)

— was Acting under the color of federal and state law. He is sued in his individual and official capacities

15) Defendant CARL KOENIGSMANN He was at all times Relevant to this action the Deputy Commissioner and Chief Medical Officer at the N.Y.S. DOCCS. And was acting under the color of federal and state law. He is sued in his individual and official capacities.

16) Defendant TODD JOHNSON, and L. STOJKAJ were at all times Relevant to this action the Investigators from the office of Special Investigations (OSI) at NYS DOCCS and were acting under the color of federal and state law. They are sued in their individual capacities.

17) Defendant ANTHONY J ANNUCCI was at all times Relevant to this action the NYS DOCCS Commissioner, and was acting under the color of federal and state law. He is sued in his individual and official capacities.

18) Defendant KRISTIN M. SALOTTI was at all times Relevant to this action the nurse practitioner at the Five Points. She is sued in her individual capacity.

19) Defendant STACEY JAPP and CASSANDRA Louise Heye were at all times Relevant to this action the Correction Counselors/Offender Rehab. Coord.-or-(ORC) at Five Points Correctional Facility RMHU and SOTP Programs They are sued in their individual capacities

20) Defendant MANDI S. SCHULTZ at all
time relevant to this action the inmate
grievance program supervisor at Five
Points. She is sued in her individual
capacity.

21) Defendant AMY M. STEVENS · KIMBERLY
CREASHAN · D. MOTT · CAROL B. GARDNER ·
Robert Jansen · L. Young AND JONTEL
were at all time relevant to this action
the medical AND mental Health nurses
at Five Points. They are sued in their
individual capacities.

22) Defendant JESSITA B. BURNETT was
at all time relevant to this action the
nurse administrator at Five Points,
She is sued in her individual capacity.

23) Defendant Richard J. GOODCLIFF was
at all time relevant to this action the
lieutenant at Five Points, He is sued
in his individual capacity.

24) Defendant BRIGETTE MISURACA was at
all time relevant to this action the Head
Account Clerk at Five Points. She is sued
in his individual AND official capacities

25) Defendant KEVIN BRUEN

    Defendant NANCY J. HEYWOOD

    Defendant John C. COLVIN

    Defendant DR M. BELGORD/FIISD

    Defendants Shawn VANHORN & C. HAFF

# (7)

25) DEFENDANT KEVIN BRUEN WAS AT ALL TIMES RELEVANT TO THIS ACTION THE DEPUTY COMMISSIONER AND COUNSEL, AT THE N.Y.S. DOCCS AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW HE IS SUED IN HIS INDIVIDUAL AND CAPACITIES.

26) DEFENDANT NANCY I. HEYWOOD WAS AT ALL TIMES RELEVANT TO THIS ACTION THE DEPUTY COUNSEL AT THE NYSDOCCS AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITIES.

27) DEFENDANT JOHN C. COLVIN WAS AT ALL TIMES RELEVANT TO THIS ACTION THE SUPERINTENDENT AT THE FIVE POINTS CF AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. BY STATUTE HE IS THE RESPONSIBLE FOR INSURING THE SAFETY AND WELLBEING OF THE PRISONERS UNDER HIS SUPERVISION. HE'S SUED IN HIS INDIVIDUAL CAPACITY.

28) DEFENDANT DR. M. BESYORD IS THE FACILITY HEALTH SERVICE DIRECTOR (FHSD) WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. HE IS SUED IN HIS-HER INDIVIDUAL AND OFFICIAL CAPACITIES.

29) DEFENDANT SHAWN D. VANHORN AND CHRISTOPHER HAFF ARE SERGEANTS. AT ALL TIMES RELEVANT TO THIS ACTION AT FIVE POINTS CORRECTIONAL FACILITY, AND WERE ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

30) DEFENDANT JOSEPH BELLNIER WAS AT ALL TIMES RELEVANT TO THIS ACTION, THE DEPUTY COMMISSIONER CORRECTIONAL FACILITIES AT THE NYDOCCS

AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

31) DEFENDANTS SHOWN D VANHORN AND CHRISTOPHER HOSE, ARE SERGEANTS AT ALL TIMES RELEVANT THIS ACTION AT FIVE POINTS AND ARE SUED IN THEIR INDIVIDUAL CAPACITY.

32) DEFENDANT MAUREEN A COLLINS, WAS AT ALL TIMES RELEVANT TO THIS ACTION THE CATHOLIC CHAPLAIN AT FIVE POINTS AND WAS ACTING UNDER THE COLOR OF FEDERAL AND STATE LAW, SHE IS SUED IN HER INDIVIDUAL CAPACITY.

33) DEFENDANT ROBERT CASPER WAS AT ALL TIMES RELEVANT TO THIS ACTION A CORRECTION OFFICER AT FIVE POINT AND HE IS SUED IN HIS INDIVIDUAL CAPACITY.

34) DEFENDANTS JAYME L COSLER. SHARIK L. KAMPNICH; J. KLOWAN; NICHOLAS K. LOCK. NICOLE A. RELYEA; JOHN RELYEA; LAUREANO DENNIS; JOSHUA D. FRIBUSH; NOEMI ATOLDE. KATHERINE A. GOULD; PUNGROSS CARROLL; TED L. LABRAKE; BRANDON P. MACIE; E.O. WHITE; AND C.O. JENKINS; WERE AT ALL TIME RELEVANT TO THIS ACTION CORRECTION OFFICERS AT FIVE POINTS, AND THEY ARE SUED IN THEIR INDIVIDUAL CAPACITIES.

35) DEFENDANT CHARLES P. COVENTRY, WAS AT ALL TIME RELEVANT TO THIS ACTION WAS THE ASSISTANT DEPUTY SUPERINTENDENT AND AREA LAW COORDINATOR AT FIVE POINTS CF. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

36) Defendant WENDY M. KERRY was at all times Relevant to this action, was the FOIL officer, she is sued in her individual and official capacities she work at Five Points.

37) Defendant MAX B. THEODORE was at all times Relevant to this action, the Jewish Chaplain at Five Points. He is sued in his individual and official capacities.

38) Defendant DAVID L HAINES was at all times Relevant to this action, the Physician - assistant (P.A) at Five Points, He is sued in his individual and official capacities.

39) Defendant EDWARD J. RIZZO, was at all times Relevant to this action, a Lieutenant at Five Points, He is sued in his individual capacity.

40) Defendant MR. WHITE, was at all times Relevant to this action, the Lieutenant at the Five Points, and He is sued in his individual capacity.

41) Defendant MR MAURICE J. BOUVIA, JEFFREY J. HELMICKI, SHAWN R. PATCHEN, SHAWN D. VANHORN, They are sergeants at all times Relevant to this action at Five Points, and were acting under the color of Federal and State law, They are sued in their individual and official capacities.

42) Defendant MR BRYAN HILTON at all times Relevant to this action, The assistant Commissioner for Mental Health services, He is sued in his in - dividual and official capacities.

43) Defendant MR T. Schepp was at all times Relevant to this action, The Unit Chief of OMH at the RMHU

#110 /

PROGRAM AT FIVE POINTS AND WAS ACTING UNDER
THE COLOR OF FEDERAL AND STATE LAW. HE IS SUED
IN HIS INDIVIDUAL AND OFFICIAL COPACITY.

44) DEFENDANT MS. DOMAGALSKI, WAS AT
ALL TIMES RELEVANT TO THIS ACTION, THE UNIT CHIEF
AT THE GTP PROGRAM, MHU OBSERVATION CELLS &
GENERAL POPULATION, INCLUDING THE SHU. AT
FIVE POINTS CF, SHE ACTING UNDER THE COLOR
OF FEDERAL AND STATE LAW SHE IS SUED IN
HER INDIVIDUAL AND OFFICIAL COPACITIES.

45) DEFENDANT B. MACIE · WHITE · JENKINS Wada
RILEY; E. TANIS; J. FRIBUSH WERE AT ALL
TIMES RELEVANT TO THIS ACTION CORRECTION OFFICERS
AT FIVE POINTS. AND THEY ARE SUED IN THEIR
INDIVIDUAL COPACITIES.

46) DEFENDANT J. CROSBY, WAS AT ALL TIMES
RELEVANT TO THIS ACTION, THE MAIL CLERK SUPERVISOR
AT THE FIVE POINTS, AND WAS ACTING UNDER
THE COLOR OF FEDERAL AND STATE LAW, AND HE
IS SUED IN HIS INDIVIDUAL COPACITY.

47) DEFENDANT MR. POTRONSKI, WAS AT ALL
TIMES RELEVANT TO THIS ACTION, THE OMH SOCIAL
WORKER / CLINICIAN AT FIVE POINTS RMHU AND
GTP PROGRAMS, AND HE SUED IN HIS INDIVIDUAL
COPACITY.

48) DR. MS DADSON, WAS AT ALL TIMES RELEVANT
TO THIS ACTION, THE OMH PSYCHIATRIST AT FIVE
POINTS RMHU · GTP · SHU · GENERAL POPULATION
AND MHU OBS. AND SUED IN HER INDIVIDUAL
CAPACITY.

49) DEFENDANT MR ROCKER WAS AT ALL TIMES

— Relevant to this action, the Deputy Superin-
-tendent for Security at Five Points and he
acting under the color of Federal and State
law, he is sued in his individual and
official capacities.

50) Defendant Mr Chanvin was at all
times relevant to this action, The SITU social
worker / OMH clinition at Five Points. He is
sued in his individual capacity.

51) Defendant Mr. Robert Shields, was
at all times relevant to this action, a coptain
and acting Deputy Superintendent of Security
at Five Points. And he acting under the
color of the Federal and State law. He is sued
in his individual and official capacities

52) Defendant K. Babineaux, was at all
times Relevant to this action, was at all times
relevant to this action, The medical record clerk
at Five Points She is sued in her individual
capacity.

53) Defendant Dr. M. Beegoed was at all
times relevant to this action, The facility
Health services Director (FHSD) at Five Points
and he acting under the color of the Federal
and State law. He is sued in his individual
and official capacities

54) Defendant Stephen J Maher was at all
times relevant to this action, The chief of the
Special Investigation / office of special Inves.
-Tigation (OSI) at Central office of the NYS
Doccs, and he acting under color of Federal and
State law. He is sued in his individual and
official capacities)

#12

55) Defendant MEGAN M. MACTAVISH was at all times relevant to this action the Office of Guidance and Counseling Director, from the Central Office of the NYS Docus, and she is sued in her individual and official capacities.

56) Defendant BRYAN BROGT was at all times relevant to this action the Affirmative Action Administrative/Administrator 2 Office of Diversity Management from the Central Office of the NYS Doccv in that position he is responsible and charged with the job and duty of that program, and Doccv/OMH officials/staff don't discriminate prisoners in such programs and accommodate them in any disabilities, or/and serious mental illness. He is sued in his individual and official capacities.

57) Defendant DR. Dinello, was at all times relevant to this action the Regional Health Service Director of Five Points from the Central Office of the N.Y. Docs and he is sued in his individual and official capacities.

58) Defendants P. Melecio, C. Miller, Eastman, Cleveland, Bascue, Mulligan, and Nagozny were at all time DSP, Superintendent, DUS, Captain, Sgt of Sgt, relevant to this action Docs officials/staff at Great Meadow CF and they are sued in their individual and official capacities.

59) Defendant Bosco, Saunder, Cerbula, Taversia, Box, Henderson, Soloviera, Bueller, Brothers, Koskin, Mahillan, Schatzel, Owen, Nowicki, C. Kunkle, Florence, Lieber, Schaefer, Sullivan, Degraw, Neill, Drake, Touriello, were at all time time relevant to this action the CNYPC & OMH officials/staff at the Central New York Psychiatric

Center; AND N.Y.S. OFFICE OF MENTAL HEALTH, Central Office, in Marcy N.Y & Albany N.Y They were acting under the color of federal AND STATE Law. And they Are sued in their individual AND official capacities

60) Defendant William F Keyser, was at all time relevant to this action the superintendent at Sullivan CF And He is sued in his individual capacity

61) Defendants MR PESCATORE, MR MOREY, AND MS ELOVICH, were at all times relevant to this action the N.Y.S Docs Parole officer supervising Parole officer AND Parole commissioner, AND they Are sued in their individual AND official capacities

62) Defendant MR BURNETT, was at all times re-levant to this action the Deputy superintendent at Sullivan C.F He is sued in his individual capacity

63) Defendant MS. Deborah McCullock was at all times relevant to this action the Director of the Central New York Psychiatric center (CNYPC EXECUTIVE Director) AND She is sued in her individual AND official capacities

64) Defendant MR TOM LIEBER was at all times relevant to this action, the Director of the N.Y Docs - Classification And Movement, AND He is sued in his individual AND official capacities

65) Defendants MR CUOMO was at all times relevant this action the Governor of New York State, He is sued in his individual And official capacities

66) Defendant Drake, Taurisillo, Slugee, Neill & Freeman are sued in their individual And official capacities. They Are Counsels And Attorneys of the CNYPC/OMH, And N.Y.S

67) Defendants N.Y.S. Docs, OMH & CNYPC Are sued based

# FACTUAL ALLEGATIONS

68) ON MARCH/02/2017 IN THE night THE PLAINTIFF MR ABREU (MR ABREU OR ABREU) WAS TRANS-FERRED TO FIVE POINTS CF RESIDENTIAL MENTAL HEALTH UNIT (RMHU), FROM GREAT MEADOW CF BHU. PROGRAM. IN AN EMERGENCY TRANSFER, IMMEDIATLY AFTER MR ABREU TRANSFER TO FIVE POINTS CF. THE ADMINISTRATION THE OFFICIALS THE STAFF, NURSES AND SUPERVISORS REMEMBERED TO MR ABREU THAT HE WAS IN FIVE POINTS CF SHU, FROM THE YEAR 2010 TO 2012, AND THAT ON JANUARY/17/2012, MR ABREU SUFFER PHYSICAL AND SEXUAL ASSAULTS IN THE FACILITY INFIRMORY IN THE HANDS OF C.OS AND DTT AND THAT HE HAS TWO (2) LAWSUITS PENDENTS IN THE COURT (US DISTRICT COURT WESTERN DISTRICT OF NEW YORK CASES ABREU V. FARLEY ETAL 611-CV-0651 AND ABREU V. COUNTRYMAN ETAL 612-CV 06032 BOTS (CONSOLIDATED TOGETHER) AGAINST MANY STAFF C.OS OFFICIALS, NURSES f SUPERVISORS OF FIVE POINTS CF N.Y.S. DOCCS CENTRAL OFFICE, AND NYS OMH/CNYPC

69) THE PROBLEMS, AND RETALIATIONS, DISCRIMINATIONS AND CAMPAIGNS OF HORRASSMENTS AGAINST MR ABREU STARTED. THE MEDICAL STAFF SUCH AS NURSES GARDNER. JANSEN CHEASMAN, YOUNG, AND NURSE PRACTITIONER JACOBI, PHYSICIAN ASSISTANT HAIMES, NURSE ADMI-NISTRATOR BURNETT, AND FHSD M. BELGARD THEY DISCONTINUED MR ABREU ASTHMA INHALER his T.B (TUBERCULOSIS MEDICATIONS), his HAND brace, BACK brace ACES bandages, EYE glasses, MEDICAL ORTHOPEDIC boots, MEDICAL LOTIONS AND CREAMS HAVE DENIED TO MR ABREU TO SEE A DOCTOR f A MEDICAL SPECIALIST. ALLEGES OF A FORM DELI-BERATE AND INDIFFERENT THAT MR ABREU NEED TO WAIT BETWEEN 6 TO 12 MONTHS FOR HE CAN TO SEE A DOCTOR IN FIVE POINTS CF, SO MR ABREU HAVE 3 MONTHS WITHOUT CAN TO SEE A DOCTOR IN FIVE POINTS CF. RMHU, STP, AND SHU

70) MR ABREU believe That they ARE DenieD him TO see a DOCTOR In RetaliaTions FOR his PenDents Lawsuits in This Court in ABREU V. Farley AND ABREU v CountRyman etal because This DeFenDonts AND OTHER MeDICAL STaFF, Have alleged To MR ABReu That Due To his Lawsuits The DeFenDant DR. KOENIGSMANN, Has Make Memos Text & ORDERs AND called To Five PoinTS oF From Central OFFICE Albany ORDERED To They Don't give To MR ABReu noThing in all, DON'T PRescribe him noThing because He Have a PenDent LawsuiTs, In FacT The DeFenDant KOENIGSMANN AND CheoSman & JONsen ARE ParT oF Those LawsuiTs including also The DeFenDant Salotti Haines, AND Superintendent MR Colvin. They also alleged that MR colvin, & The DSA MS Lamanna, N.A. BurneTT also ORDERED They Don't gave To MR ABReu NoThing. They make MeeTings every 15 To 30 DaYs, AND Spoke about MR ABReu IN Such MeeTings.

71) MR ABReu FileD SICK call SLiPs DaiLY RePORTED TO The MeDICAL NuRses GARDNER, JANsen, Young and OTHERs NuRses In RMHU That He is SuFFERing oF ChRONIC PAINs in his RighT HanD Lower back neck LeFT FooT/ANKLE, that He neeD his PRescribed HanD bRace, Ace banDage Back bRace ORTHAPeDIC booTs his NeuRONTIN Pain meDs back, He also RePORT The neeD oF his PREscribed eyeglasses back, missing/ LosT on Feb/15/2017 in GReaT MeaDow oF The neeD oF his LoTion/CReams, He also RePORT The neeDs oF see a DenTisT Due To Pains AND an infecTion in his MouTh AND Severe Pains in his TooTHs, AND eXPlained To They also That He neeD his ASTHMA INhaLeR That all This weRe PReScribeD in gReen Haven oF SHU, in The yeaR 2013-2014 & 2016. FoR DOCTORs AND SPecialisTs, That believe MR ABReu neeD all This MeDICAL DevICes AND MeDICaTions, However They ignoreD MR ABReu SICK call & ComPlainTs AND DenieD all To MR ABReu.
#( 86 )

72) The Defendants GARDNER Jonsen, Young Mott-
Cheasman AND Jontel STORTED a Compaign
OF Retaliations Against MR Abreu in RMHU/SHU
AND SHU From March/02/2017 TO May/03/
2017 Denied Regularly TO MR Abreu his Pres-
-cribed Medical AND Mental Health OR
Psychiatric Medications Prescribed by Doctors
AND Psychiatrist in other Facilities Such
as Green Haven CF, Great-Meadow CF AND Upstate
CF between the Years 2016-2017, Some of this
Medications were Re-ordered in Five Point
CF., Upon Abreu Transfer to Five Points CF
RMHU, Such as Lipitol, Clonidin, Nappoxen, &
T.B. Meds. (For High Cholecterol, Allergy, Pain
AND Tuberculosis AND Depression.) but the
Defendants above STORTED TO Denied Abreu his
Medications, NOT Delivered IT, TO MR Abreu
in Retaliations, without MR Abreu Refuse his
Medications They Provoked also that MR
Abreu T.B AND Depress & Sleep medications
be Discontinued. Provoked severe Depression
lock of sleeping, AND Placed MR Abreu in
an Imminent Danger OF Suffer Serious Pains
Suffering Suicide Thought & T.B. Diseases
Jet Worse, AND others Serious Health Problems.

73) MR Abreu, Filed Multiply grievances AND Letters
AND Complaints Ogainst Five Point CF officials
Nurses Stoff, Supervisors AND Administrations —
Reporting all the abuses Mistreatments, Horolinents
Retaliations AND Discriminations that He was
Suffering the Honds of those Stoff officials, ect
in Five Points CF., After OF those complaints they
in Retaliations also STORTED TO wrote Folses
Fabricateds AND Monipulateds Tickets/Reports
Ogainst MR Abreu AND after They Kicked out
TO MR Abreu OF the RMHU Program, AND Placed
TO MR Abreu back TO The SHU in Five Points

74) The Defendants Cheasman, Mott, Gould, Heyl, Gardner, Sopp, Collins, Lock, Kompnich, Bestrom, Concer, Riley, Young, Tonis, Hill, Vanhorn, Patchen, Klawan, and Miller, Carroll, Laureano, J. Greenburg, Swanger wrote to MR Abreu Multiply Tickets. On 3/13/2017 time 6:35 PM RMHu, Nurse Cheasman and C.O. Swanger. On 3/14/2017 time 7:40 AM RMHu by Nurse D. Mott, and one RMHu C.O. on 3/15/2017 time 7:40 AM at RMHu by RMHu C.O. Gould. On 3/15/2017 time 11:00 AM at RMHu by ORC/RMHu Counselor MS Heyl. On 3/16/2017 time 5:30 AM at RMHu by Nurse Cheasman and C.O. Carroll. On 3/16/2017 time 7:40 AM by Nurse Gardner, at RMHu. On 3/16/2017 time 7:43 AM at RMHu, by Nurse Mott and C.O. Carroll. On 3/16/2017 time 10:10 AM at RMHu by ORC/RMHu Counselor MS. Sopp. On 3/17/2017 time 11:00 AM at RMHu by Social Worker Greenburg and the RMHu C.O. Carroll. On 3/18/2017 time 10:40 AM at RMHu by Chaplain Collin, and RMHu C.O. Laureano. On 4/09/2017 time 9:50 AM at RMHu by RMHu C.O. Lock, and CO MR Van. On 3/28/2017 time 9:48 AM at RMHu, by C.O. Bestrom. On 4/06/2017 time 7:00 AM at RMHu by RMHu C.O. J. Concer. On 4/13/2017 time 12:50 by C.O. J. Kompnich at SHu. On 4/20/2017 time 9:55 A.M. by Sgt S. Vanhorn at SHu. On 5/03/2017 by Sgt Patchen at SHu time 10:20 AM. On 5/03/2015 by C.O. Labroke & Sgt Patchen at SHu; time 10:20 AM. On 5/04/2017 time 11:30 AM by C.O. P. Riley. On 5/08/2017 time 6:50 AM, by Nurse Young & SHu C.O. Decker at SHu. On 5/09/2017 time 7:15 AM by C.O. E. Tonis & RN. Young in the SHu. On 5/10/2017 time 10:30 AM by C.O. Riley & RN Young. On 6/13/2017 time 11:18 AM by C.O. Wodo & Rn Young.

76) MR ABREU was served with copies of
those tickets on 3/14/17 ' 3/18/2017 ' 3/19/17 '
3/29/17 ' 4/08/2017, 4/10/2017 ' 3/15/2017 ' 3/16/
2017 ' 3/17/2017 ' 3/14/2017 ; 4/21/2017 ' 5/04/2017 '
5/09/2017 ' 5/11/2017 ' 5/13/2017 ' 5/25/2015 '
5/28/2017 ' 5/31/2017 ,  by the c.os. J Marzee f
A. Auricchio who Denied to MR Abreu assistance
AND switched MR Abreu assistants the which
He Has Picked up front a list, of employees
Names that Provide assistants to Inmates in
Five Points c. they in bad faith or inten-
-tionally for that MR Abreu Received on
bad assistances Sent to MR Abreu the c.o.
Ms. N. Atayde AND teacher Ms' Omar that
Refused to speak AND talk to MR Abreu in
Spanish languages Refused to provide to Abreu
assistance in Spanish languages even they —
Appearing in the list such as Spanish assistants
they also Denied to provide to MR Abreu an
adequates AND Proper assistance in each of
the tickets AND charges, they DID all this
in Retaliations against MR Abreu, so the
Defendants Marzee Auricchio Atayde f Omar
violated also MR Abreu Due Process AND also
clearly Discriminated AND Retaliated against Him

77) The Defendant MR Ranieri (The Hearing officer
of five Points c.f ) AND the captain MR Gleason
Denied to MR Abreu his Rights of attend, go
AND Participate in the Hearings (Disciplinary
Hearings of 5/16/2017 ' 4/07/2017 ; 4/11/2017 ; 4/13/17 ;
4/13/17 ' 4/13/2017 ' AND 5/16/2017 about the tickets
of RN Chapman ' Greenberg, Stojka; Bestran ·
Collins · Cowler f lock written on 4/09/2017 ·
4/27/2017 ; 3/18/17 · 3/28/17 · 3/17/17 · 3/16/17 ; 1 3/13/17
So, they violated MR Abreu Due Process, in violations
of the 1st 5th 6th AND 14th Amend. Rights Wisconn
AND the 30 tickets f sentences were cruel f unusual punishment  U.S. 8th Amend Right
# (20/

CONTINUED

— ON 6/06/2017 time 11:40AM by TEACHER OMAR AND SGT PATCHEN;
ON 5/12/2017 time 10:35 AM by NURSE
LINDA YOUNG AND SHU C.O. P. RILEY at
SHU. ON 5/18/2017 TIME 12:00 by
SHU COUNSELOR HILL at SHU. ON 5/23/2017
TIME 12:56 PM by SHU COUNSELOR HILL at
SHU. ON 5/27/2017 by C.O. J. KLAWON at
SHU TIME 4:30 PM. ON 5/30/2017 TIME
2:00 PM by DEPUTY SUPERINTENDENT FOR MENTAL
HEALTH CORRECTIONAL FACILITY at FIVE POINTS C.F
SHU. THEY WROTE ABREU 30 TICKETS IN RETALIATIONS;

75) UPON MR ABREU ARRIVE TO FIVE POINTS
C.F. between 3/13/2017 TO 6/13/2017 Has
WRITTEN 30 TICKETS REPORTS against MR
ABREU AFTER MR ABREU STARTED TO WRITE
grievances COMPLAINTS of letter of complaints
AND VERBAL COMPLAINTS between RMHU, & SHU
against These DEFENDANTS at FIVE POINTS C.F
OF Those 30 fines, The TICKETS OF 3/14/17 TIME
7:40 AM by MOTT, was DISMISSED. The TICKET OF
3/15/17 TIME 7:40AM by C.O GOULD was DISMISSED.
The TICKET OF 3/15/2017 TIME 11:00AM by ORC HEYL
was DISMISSED. The TICKET OF 3/16/2017 TIME 7:40
by NURSE GARDNER, was DISMISSED. The TICKET OF
3/16/17 TIME 7:43 AM by NURSE MOTT, AND The
C.O. CARROll was DISMISSED. The TICKET OF 3/16/17
TIME 10:10 AM by ORC JUDD was DISMISSED.
The TICKET OF 4/13/2017 TIME 12:50 & 12:16 PM
by C.O. KAMPNICH was/WERE DISMISSED. The TICKET
OF 4/20/2017 TIME 8:55 AM by SGT VONHORN was DISMISSED
AND MR ABREU believe That OTHERS TICKETS, also
WERE DISMISSED because HE never was called
FOR The Hearings in Those TICKETS AND Charges &
They DO NOT APPEAR in The COMPUTER, based in
The FOIL Request SEARCHED FOR Those PENDENTS
TICKETS OR Hearings. Five Points C.F STAFF 10
ARE The DEFENDANTS That MOST TICKETS HAS WRITTEN
against ABREU, More That IN ANY OTHER DOCCS PRISONS.

#1 #91

78) MR ABREU WROTE MULTIPLY GRIEVANCES, REPORTING THE STAFF OFFICIALS NURSES ADMINISTRATION SGTS AND SUPERVISORS MISCONDUCTS AND ABUSES AND RETALIATIONS AGAINST HIM IN FIVE POINTS CF, BUT THE INMATE GRIEVANCE PROGRAM SUPERVISOR MS M.SCHULTS, REFUSED, AND FAIL TO PROCESS AND FILE MANY OF MR ABREU GRIEVANCES, COMPLAINTS AND APPEALS THE TRYING TO COVER UP THE ABUSES RETALIATIONS, DISCRIMINATIONS, HARASSMENTS & MISCONDUCTS OF THOSE DEFENDANTS AGAINST MR ABREU IN FIVE POINTS CF, SHE ONLY PROCESSED AND FILED IN THE RECORDS THE FOLLOWING GRIE- VANCES NUMBERS # FPT-33068-17. 33064-17. FPT-33065-17. FPT-33060-17; FPT-33066-17, FPT-3306-17 - 33061-17; FPT 33060-17, FPT # 33063-17. FPT 33032-17. 33169-17; FPT-33170-17, FPT.33159-17 \ FPT. 33090-17, FPT-33165-17 - FPT 32991-17) FPT 33161-17. FPT 33160-17, 33174-17, FPT 33163-17, FPT 33166-17, FPT 33168-17, 33160-17, FPT 33040-17; FPT 33274-17. FPT 33236-17. 33239-17, FPT 33272-17. FPT 33274-17, FPT 33238-17. 33237-17, FPT 33241-17, FPT 33273-17. FPT 33275-17, 33270-17, FPT. 33276-17, A TOTAL OF 35 GRIEVANCES & APPEALS.

79) THE DEFENDANTS COLVIN JONES BELLAMY & ROCKER ALONG WITH THE DEFENDANTS MHU MS MILLER, ANNUCCI AND BRUEN, HILTON, HEXWOOD AND BELLNIER HAS FAILED TO RESOLVE THE PROBLEMS WITH MS SCHULTS ABOUT MR ABREU GRIEVANCES/APPEALS NOT FILED & PROCESSED AT FIVE POINT CF RMHU/SHU, STILL EVEN MR ABREU WRITING TO THEY MULTIPLY LETTERS ABOUT THIS AND OTHER PROBLEMS AND REPORTING ALL THIS TO THEY IN THEM ROUNDS IN FIVE POINTS CF ALSO DEFENDANT SCHULTS SHE DON'T MAKE ROUNDS IN RMHU OR SHU, DEPRIVING TO MR ABREU OF DIRECT ACCESS TO THE INMATE GRIEVANCE PROGRAM. SHE HAS ALSO PLACED ABREU SAFETY/LIFE IN AN IMMINENT DANGER ALONG WITH DEFENDANTS ABOVE

* ( 28 )

80) ON OR ABOUT 3/20/2017 THE SUPERINTENDENT MR COLVIN DSP JONES AND SGT HELMICKI WERE MAKING OR CONDUCT ROUNDS IN RMHU THE SUPT COLVIN STOPPED FRONT MR ABREU CELL AND TOLD HIM THAT HE NOT WAS SUPPOSED TO BE IN FIVE POINTS CF DUE TO THE INCIDENT OF JON/17/2012 HE TOLD TO MR ABREU THAT AFTER HE WAS TRANSFERRED OF FIVE POINTS CF IN JON/ 2012 (CASE ABREU V FARLEY/ ABREU V. COUNTERXTON) HE WAS ADVICED BY DOCCS OFFICIALS AND N.Y. DOCCS INSPECTOR GENERAL OFFICE (OSI) THAT MR ABREU HAS A SEPORATIONS BETWEEN FIVE POINTS CF STAFF/OFFICIALS AND HIM. MR ABREU HE EXPLOINED TO MR COLVIN THAT OSI AND DOCCS OFFICIALS IN CENTRAL OFFICE AND OMH OF DOCCS CLINICIANS AND COUNSELORS STAFF HAS TOLD HIM THE SAME THINGS THAT THERE IN THE RECORDS AND COMPUTER IS A SEPORATIONS OF HIM AND FIVE POINTS CF OFFICIALS. MR COLVIN THEN ALLEGED THAT HE CANNOT UNDERSTAND DOCCS CENTRAL OFFICE OFFICIALS, AND WHY THEY SENT TO MR ABREU BACK HERE AGAIN.

81) MR ABREU ALSO REPORT TO MR COLVIN & DSP JONES AND SGT HELMICKI AND TO THE L.T MR RIZZO ALSO PRESENT DURING THE ROUND ON 3/20/2017, IN THE RMHU, THAT HIS 29 BAGS OF LEGAL MATERIALS/PAPERS CONTINUE IN GREAT MEADOW CF. MR COLVIN ALLEGED THAT HE HAVE INFORMATIONS AND COPIES OF THE COURT ORDER, FROM THE US DISTRICT COURT WESTERN DISTRICT OF NEW YORK ORDERED THAT MR ABREU LEGAL MATERIALS BE PRESERVED & HOUSED IN THE FACILITY WHERE MR ABREU IS HOUSED HE ALLEGES THAT HE HAS SPOKED WITH THE SUPERINTENDENT MR MILLER IN GREAT MEADOW CF AND THAT THEY ARE LOOKING HOW TO TRANSFER THE BAGS TO FIVE POINTS CF. AND ALLEGES ALSO THAT MR MILLER INFORMED HIM THAT DOCCS HALTING MR ABREU IN LEGAL [illegible] ...

82) However to the present of this complaint June/03/2017 superintendent Mr Colvin supt Mr Miller docc's commissioner Annucci Mr Bellnier Mr Bruen Ms Heywood, Mr Rocker Mr Matecio, Ms Miller Ms Jones Mr D'Amato. Mr Gleason Mr Boucie Mr Cleveland, Mr Mulligan Mr Nabozny. Mr Helmicki. Mr Rizzo Mr Bouvia. Mr Shields And Mr Casper, Have refused And Denied to Mr Abreu assistance to transfer or to transport Mr Abreu legal materials in bad faith, intentionally And in Retaliations And Discriminations, They perfectly know that many of those legal papers/materials are against docc's & omh officials/Staff lawsuits, of pendents cases And Appeals against several of the Defendants above in this case, they have confiscated Mr Abreu legal materials & papers And legal books And hanted to Mr Abreu in advances for legal postages And copies for impede that Mr Abreu con to continue with his open cases And Appeals And to inter-fer with his legal activities And abilities for to litigate his cases And Appeals.

83) The Defendants misconducts with Mr Abreu legal materials papers books & legal postages And legal copies has harmed And injuried to Mr Abreu in many of his cases Appeals, claims actions Proceedings lawsuits Criminal cases Habeas Corpus, Provoked that it cases be dismissed. forced to Mr Abreu to Abandoned those cases Appeals court orders statutes of limitations And Mr Abreu have been unable con to file Article 78 petition & court of claims because the statute require that Mr Abreu serve copies of the claim to attorney general office via certified mail & Return receipts too.

84) The Defendants Misconducts against Mr Abreu Provoked That Mr Abreu Don't Have access to State Courts OR Cannot to Have access in State Court For Filing of Litigate This Claims in State Courts OR This new Claims in State Courts. The State Court Don't Provide Free copies OF The Order to Show Cause OR OTHER Court Orders So Mr Abreu is unable OR Has an inability of con Forbin Court Orders in Provided copies OF The Order To Show cause OR Court Order to The Respondents Provoked The Dismiss OF The Cases Then, in Appeal The Third Dept And Four Dept Court Rules / Order Require Certains copies OF The Brises, That Mr Abreu is unable con to get OR Shipping to the court for lock of Moneys He is an Indigent Inmate And Does How Refused to Pay For Such copies of Legal Portage in advances Such as Monbated Docu own Policy And Directives "4422" 4421 & "2788 For Indigent Inmates in Such copies, So, This court will to - Accept Mr Abreu State Claims in This court Due to The Denial of The Defendants OF Provide Abreu Legal Portages of Legal copies in advances For He con To Have access to the courts in State court. Also The Denial of Mr Abreu Legal Materials, violate The Due Process, because all is confiscated without any Due Process. Also They Have violated Then own Policies of Procedures That alley That Inmates con to exchange bags of Properties such as Legal Materials, when it is Stored, OR When The Inmate can NOT To Have all Those Amount OF Legal Materials inside OF The cells, So, Mr Abreu is unable con To exchange Any Legal Materials unable con to Have access to his Legal Materials of books And OTHER Properties, because all continue in Great Meadow or confiscated And not Available to Mr Abreu in Five Points of

H (24)

85) The Defendants alleges, that the Judge Hon Wolford in the US District Court Western District Court of New York only ordered in the Court Order of July/2016 and August or October 2016 in her Court Order that they (the Defendants in Great Meadow CF and Doccs) only to preserve Mr Abreu legal materials however the Court Order also read that it Preservation will be also in the facility that Mr Abreu is housed under Doccs, Mr Abreu is not more in Great Meadow CF He is housed in Five Points CF now so His legal materials will be transferred to Five Points CF Pursuant to Doccs Directive # 4933. also when Mr Abreu was transferred to Green Haven CF SHU in August 2016, and to Upstate CF on Nov/22/2016, they transferred all Mr Abreu legal properties of more of 30 bags to those facilities/SHU(s), and when Mr Abreu was transferred back to Great Meadow CF BHU, & SHU on January /30/2017, this was again transferred to Great Meadow CF in a total. of 33 bags, so why Doccs now is refused to transfer Mr Abreu 29 bags to Five Points CF SHU ? the answer is very easy Mr Abreu two big cases pendent in this court in Abreu v. Farley & Abreu vi Countryman etoc pendents in this court are against Five Points CF officials/Staff, so, in Conspiracy, and in Retaliations against Mr Abreu Five Points CF officials are doing all the possible along with Doccs for that Mr Abreu cannot to get his Papers in Five Points. also before the Court Orders of 2016, Mr Abreu legal materials always were transferred from SHU to SHU in transfers; but now that, Mr Abreu is back to Five Points CF they now don't want to transfer it here.

# (25 (25)

86) The DOCCS AND FIVE POINTS CF OFFICIALS
ONLY ALLOW TO MR ABREU TO USE, his ALLOWED
FIVE (5) FREE LEGAL STOMPS That ARE PROVIDED
TO ALL STATE PRISONERS STATE WIDE UNDER
DOCCS EACH WEEK PURSUANT TO DOCCS DIRECTIVES
4422/4421 (LEGAL MAILS of CORRESPONDENCE) but
ANY things that PASS FIVE STOMPS THEY DON'T
APPROVE ANY ADVANCE REQUEST FORMS, FOR MR
ABREU CON TO FILING his CASES, APPEALS
MOTIONS BRIEFS, ECT, With ONLY 5 STOMPS
MR ABREU IS UNABLE CON TO LITIGATE his
ALREADY PRESENTS CASES AND APPEALS OR TO
FILE ANY NEW CLAIMS IN STATE COURTS but
MAYBE AVAILABLE TO FILE a COMPLAINT IN FEDERAL
COURT, That PROVIDE COPIES OF THE COMPLAINT
TO INDIGENT INMATES but NORTHERN DISTRICT
DON'T DO SO, IN NEW YORK STATE, because THEY
HAVE DIFFERENTS RULES TO WESTERN, EASTERN
AND SOUTHERN DISTRICT COURTS, SO MR ABREU
ASK TO THIS COURT TO ASSIGN AND APPOINT
COUNSELS/ATTORNEYS IN THIS CASE SUCH AS THIS
COURT DID IN ABREU V. FOLEY of ABREU V.
COUNTRYMON ETOL AND That CON TO ASK
MR ABREU TO AMEND THIS COMPLAINT because
the LIMITATIONS IN FIVE STOMPS FOR TO SEND of
SHIP IT COMPLAINT DO THIS COURT DON'T
ALLOW TO MR ABREU CON TO DO a BETTER
DETAILED CLAIMS AGAINST EACH DEFENDANTS
AND OF his IMMINENT DANGERS IN FIVE POINTS
CF SO, MR ABREU ASK TO THIS COURT
RESPECTFULLY CONSIDERATIONS, IN ANY CLAIMS
IN THIS COMPLAINT, NOT DETAILED OR SPECIFIED
WELL, IN THIS TIME, but That will be BETTER
DETAILED OR SPECIFY IF THIS COURT APPOINT
COUNSELS IN this case, IN TIME, That CON TO ASSIST
MR ABREU, IN DRAFT a BETTER COMPLAINT
OR CLAIMS, but MR ABREU, Will TO do his BEST FOR TO
do This COMPLAINST SHORT AND SPECIFY IF POSSIBLE
# (130)

87) ON APRIL /12/2017 MR ABREU WAS KICKED OUT OF THE RMHU PROGRAM BACK TO THE SHU AT FIVE POINTS CF, THEY ALLEGED THAT THEY HAVE HERE A GTP PROGRAM HOWEVER THIS GTP IS REALLY THE SHU WITH THE SOME CONDITIONS OF CONFINE- MENT THAT THE SHU THE SOME PRIVILEGES THAT THE SHU. THE UNIQUE DIFFERENCE IS TWO HOUR OUT OF CELL TO GTP PROGRAM, WITHOUT PRIVILEGES AND PLACED IN A CUBIC/COGE FOR TWO HOURS IN RMHU INMATE HAS TV·U INSIDE THE CELLS HAS PRIVILEGES SUCH AS BUY COMMISARY THE RECREATION YARD HAS A SMALL BASKETBALL YARD THAT INMATES CAN TO BE THERE FOR HOUR (ONE HOUR) THE PROGRAM IS FOUR (4) HOURS TWO MORNING & TWO IN AFTERNOON SIT DOWN IN STEEL TABLES, NOT CUBIC/CAGES, AND OTHERS PRIVILEGES.

88) THE DEFENDANTS MS. MILLER · SCHLEE · COLVIN HITON · JONES · RIZZO · BOUVIA · HREMILLER · HEY · SOPP · MR PATRONSKI · & DOMAGALSKI AND DADSON IN RETALIATIONS TO KICKED & REMOVED TO MR ABREU OF THE RMHU PROGRAM BACK TO SHU, MR ABREU WAS FILING GRIEVANCES AND COMPLAINTS AGAINST THEY AND REPORTING THAT THEY WERE MAKING ROUNDS IN RMHU IN VIOLATIONS OF RMHU POLICIES AND PROCEDURES AND COMPLAINTING AGAINST OTHER STAFF/OFFICIALS MISCONDUCTS AGAINST MR ABREU. APPROX. TWO (2) WEEKS OFTER THOSE COMPLAINTS THAT MR ABREU HAS ALSO SENTING TO DOCCS, OMH & CNYPC CENTRAL OFFICE IN ALBONY AND TO LEGAL WATCH DOG AGENCIES AND ORGANIZATIONS. THE DEFENDANTS ABOVE WHO ARE ALSO PART OF THE RMHU TREATMENT TEAM, REMOVES TO MR ABREU OUT OF RMHU AND PLACED IN SHU IN A BAD AND HARCH CONDITIONS OF CONFINEMENT. VIOLATED ALSO THE CORRECTION LAW SECTIONS 2 AND 41 MENTAL HYGIENE LAW AND THE 1ST, 4TH, 5TH, 6TH, 8TH AND 14TH AMEND. RIGHTS U.S.CONST

89 ) ON APRIL /12/2017 THE SOME DAY THAT MR
ABREU WAS PLACED IN SHU/GTP. THE DEFENDANTS
MS MILLER · SCHUE COLVIN · MR HILTON- MS FONER,
MR RIZZO DOMAGALSKI · GIBSON- SHIELDS ·
HOFF, SGT CASPER · PATCHEN: GOODLIFF, THEY
PLACED TO MR ABREU BEHIND PLEXIGLASS. A RED
CHUTE BOX ON HIS CELL DOOR HAND CUFF & A
SPECIAL CHAINS BEHIND MR ABREU BACK · LEG
IRON · A SIGN FRONT HIS CELL DOOR EXPOSER
AN "ORDER WEARING THE SUIT (EXPOSER CONTROL
SUIT), WITHOUT MR ABREU NOTHING WRONG IN
SHU/GTP THEY HAVE FURTHER KNOWLEDGES THAT
THE CHAINS HANDCUFFS BEHIND MY BACK IS PROVOKED
PAINS & DISCONFORT & INJURIES MR ABREU
SHOULDERS AND BACK & NECK THAT THE LEG
IRONS IS PROVOKED CUTS AND PAINS IN MR
ABREU ANKLES & LEGS · THEY PERFECTLY KNOW
THAT MR ABREU HAS PROBLEMS IN HIS LEFT
ANKLE/FOOT AND THAT HE NEED HIS ORTHOPEDIC
BOOT & THE LEG IRONS PROVOKE MORE PROBLEMS.
AND PROBLEMS FOR MR ABREU WALK, ALSO THEY
KNOW PERFECTLY THAT THE CONTROL SUIT IT
PROVOKE BULLYING · ASSAULTS HARASSMENT RETA-
LIATIONS DISCRIMINATIONS HUMILLIATIONS ·
EMBARRASSMENTS AND PROVOKE DEPRESSIONS STRESS
AND DISTRESS AND THAT IT SUITS ARE UNCONSTIT-
-TUTIONAL ILLEGAL UNLAWFUL AND NOT APPROVED
IN THE CORRECTION LAWS S S 2 & 41 IN THE
MENTAL HYGIENE LAWS IN THE STATE REGULATIONS
UNDER TITLE 7 NYCRR PORT 300-305 SHU ·
SHU DIRECTIVES 4933 DIRECTIVE 4930 (THE
DIRECTIVES & REGULATIONS GOVERNING SHU & THE
DISCIPLINARY PROGRAM AND THE DISCIPLINARY ACTIONS
THAT INMATES CAN ONLY RECEIVE IN THE SHU STATE
WIDE UNDER DOCS & OMH) IT SUIT IS NOT APPROVED
BY THE LEGISLATIONS THE NYS CONGRESS THE US CONGRESS
THE FEDERAL LAWS & THE SUIT VIOLATE ALSO THE DUE
PROCESS. THE ADA 504 & REHABILIATION ACT 706.

90) The Defendants above don't allow or permit to Mr Abreu to go or to participate in the GTP Program, if Mr Abreu, don't wear any of the suit, they don't provide to Mr Abreu any copies of the suit order policies no copies of leg irons plexiglasses/cell shield evp closed of cell door window. No copies of orders of handcuff & chains behind back violated so clearly Mr Abreu due process they denial to Mr Abreu hearings and review about it orders, they don't answer Mr Abreu appeals neither about all it orders and continue renew nearly to 60 or 90 days, whereby when it orders are supposed to be insured only for seven days, not months, or years, so, here, are also the retaliations discriminations abuses mistreatments cruel & unusual punishments and complaints of harassments against Abreu from these Defendants above in Parag.# 89. and Commissioners, and Deputy Commissioners Mr Annucci and Bellnier who also are supposed automatically to review all it in Central Office pursuantly to the settlement in the federal cases DAI v. OMH/ Does no. 02 civ- 4002. may/2002/ April 27/2007 in the U.S. District Court Southern District of New York and People v. Fischer/ Annucci etol, settled in 2016 in the Southern District of New York & they are violated in Mr Abreu case, also the SHU Exclusion Law /SHU bills & Correction Law sections 2, 37, 41 are also violated.

91) Mr Abreu has declined to use the suit & the Defendants has declined to accommodate to Mr Abreu in a way that he can to attend go and participate in the program in GTP without to use the suit, but the Defendants declined to do so.

# (29)

92) The Defendants above in Porogh. 89 & 90. Has had are denied to MR Abreu all closer of mental health core & services in SHU From April 1a to the present June 23 2017. The inmates in both programs in Five Points CF and Marcy CF RMHU has the called (START TABLES) it tables has lock bars where inmates con be hand restrains on the tables and foots in case that inmates to refuse to wear the suits for aleged lewd conducts against staff, during the program or closer in grounds' sessions, so, They (The Defendants have accommodated to those inmates with them disabilities of lewd conducts, or inability to control themself without to commit lewd conducts because those Defendants has further knowledges, that by laws, they cannot to denial to inmates designed serious mental illness (SMI) mental Health programs in the SHU under the laws exclusion law (Sheebill) and settlement in DAI v. OMH/Docs) id but in MR Abreu case they in both faith & intentionally in retaliations & discrimi- nations have refused to provide to MR Abreu it options or accommodate him in the GTP program in the SHU. They have alleges to MR Abreu that the Cubic/Coges in the GTP it don't have the lock or security bars that have the START tables in the RMHU that force inmates to keep both hands on the tables. They also have started to denial MR Abreu go or to attend or to participate in the GTP program in SHU because they say that MR Abreu has the ability to destroy and rip the suits so it will be useless to force him wearing the suits if it will go to broken or rip it, so they are denied Abreu the treatments programs and therapy that the laws mandated

93) ON APRIL/19/2017 THE SGT. PATCHEN AND 3 C.W (UNKNOW NAMES OR JOHN DOES) ASSAULTED PHYSICALLY AND SEXUALLY TO MR ABREU IN THE MHU OBSERVATION ELEVATOR IN night Time WHEN THEY WERE ESCORTED TO MR ABREU BACK TO SHU AFTER MR ABREU WAS PLACED IN A SUICIDE SPECIAL WATCH IN THE MHU OBV. CELLS FOR ONE WEEK. AFTER THE PHYSICAL AND SEXUAL ASSAULTS IN THE ELEVATOR, THEY DENIED MR ABREU MEDICAL CARE TREATMENTS AND ATTENTIONS TO his MEDICAL AND MENTAL HEALTH NEEDS AND injuries

94) ON APRIL/20/2017 THE DEFENDANT THE SGT PATCHEN SGT VONTAREN C.O FRIBUSH AND OTHERS UNKNOWN C.Os OPENED MR ABREU CELL DOOR IN THE SHU 12 BLOCK - C2 GALLERY 43 CELL IN THE MORNING AND ASSAULTED TO MR ABREU AGAIN THEY PLACED ALSO leg IRON HANDCUFF AND DRAGGED TO MR ABREU OF A FORM VIOLENT, AND USED EXCESSIVE USE OF FORCE TO THE FIRST FLOOR HOLDING PEN WHERE THEY AND NURSE STEVEN AND THE DEFENDANTS MR WHITE. PATRONSKI. MR Haines. MR Salotti AND MR BURNETT DENIED TO MR ABREU all CLASSES OF MEDICAL AND mental HEALTH CARE, ATTENTIONS SERVICES TREATMENTS TO his NEEDS AND CONDITIONS injuries of PAINS. MR ABREU ALSO FILED MULTIPLY SICK. CALL SLIPS COMPLAINTS AND grievances ABOUT THIS injuries INCIDENTS STAFF MISCONDUCTS ASSAULTS AND injuries PHYSICAL SEXUAL of psychological but THIS DEFENDANTS, ABOVE along with THE DEFENDANTS: ANNUCCI. L. JONES. G. JONES. T. MILLER. C. GLEASON. E. RIZZO. C. KOENIGSMANN. K. BROWN. N. HEYWOOD. L. LARMANA. DARTAGAWKI. DADSON. CHOVIN. SHIELDS BELLNIER. SCHULTZ BELLAMY-

CONTINUED

— MS. MAXIMILIAN, SULLIVAN, EFFMAN, MR COVENTRY, CUOMO, MAHER, DINELLO, BELGARD, ROCKER, HILTON, MCCULLOCH, BERNSTEIN, DOCCS, OMH AND NEW YORK STATE HAS ENGAGED OF A FORM ARBITRARY AND CAPRICIOUS AND OF A FORM DELIBERATE AND INDIFFERENT

95) THE DEFENDANT MR PATCHEN CONTINUE TO THE PRESENT HARASSED RETALIATED, DISCRIMINATED AND ABUSED TO MR ABREU, RECENTLY HE STOPPED FRONT MR ABREU AND THREATENED TO MR ABREU WITH MORE PHYSICAL AND SEXUAL ASSAULTS & HE PUT HIS PENIS OUT OR/FROM HIS PANT ZIPPER AND TOLD TO MR ABREU "I will go make sure That You JUCK IT DICK" (PENIS) So be ready, He WALKED AWAY FROM MR ABREU CELL AFTER HE PUT HIS PENIS BACK IN HIS PANTS HE ALSO ON 5/03/2017 CAME INSIDE MR ABREU CELL AND TOOK ALL HIS NEW STATE SHOP CLOTHERS, WHITE & PANTS T-SHIRTS UNDERSCLERE (S) SWEATER AND OTHER ARTICLES IN RETALIATION BECAUSE MR ABREU HAS COMPLAINING TO DOCCS CENTRAL OFFICE COMMISSIONER MR HILTON & OFFICIALS & FILED GRIEVANCES THAT HE HAS A LACK OF STATE CLOTHERS IN HIS CELL, THAT THE CELLS IN THE RMHU AND SHU/STO WERE EXTREMELY COLD WITH LACK OF HEATING. MR ABREU WAS APPROVED NEW STATE CLOTHERS FROM STATE SHOP AND EXTRA BLANKETS but THE Sgt PATCHEN along WITH THE DEFENDANTS LABRAKE AND Sgt COOPER TOOK ALL IT WHILE MR ABREU WAS IN A SPECIAL SUICIDE WATCH IN THE SHU LOCATED IN OTHER CELL IN 12 C2-39 CELL & ALSO TO MR ABREU ONLY HAVE CLOTHERS THAT WERE OLD & not his SIZE, & TOO SMALL, FOR his BODY.

96) ON OR ABOUT 6/02/2017 THE DEFENDANT CHAUVIN HE STOPPED FRONT MR ABREU AND ASKED MR ABREU, IF HE COM-
# (32)
(CONTINUED)

Continued

TO see his penis, That He want that MR Abreu
TO MASTURBATE AND JERKING OFF FRONT Him
MR Abreu DECLINED TO do So AND MR CHANVIN
He get Mod (Angry) upset) AND TOID MR
Abreu now I DON'T Will go Make ANY Favor
FOR 'you DON'T ask me FOR NOThing And
I will go To make Sure That The Psychiatrist
MS DAWSON DON'T PRESCRIBE you The Shattered
MEDICATIONS That you NEED AND ASKED TO SHE
To give you AND NO MORE Sleeping MEDICATIONS
neither And He Walking away FROM MR Abreu
Cell — So He is Harassed & RETALIATED OR
Threatened TO MR Abreu also Sexually, all
was Catched AND Recorded in The SHU
video comeraas AND audio records but the
FOIL MS. KEERY And DSA MS lammona Who
ARE exchorged of The video tapes & audios
DENIED TO MR Abreu it And OTHER video
tape & audios DENIES TO PRESERVE it To
Review it & To REPORT it To OSI /
DOCCS OFFICE OF SPecial INVESTIGATIONS. TRYING
To Cover up This & OThER more MISCONDUCT &
abuses Reprisals & Harass against MR Abreu

97) MR Abreu How FILED LAWSUITS against The
Defendants MS Busco. MS. SAUNDER. MR CERbulo.
MS. TAVENIER. MR PESCATORE. MR Box MR
HENDERSON. Ms Solovera. MR TIM. MORey. MS
Buelea. MS Galo. MR. LAMITIE MS BROTHERS
MR. R. KOSKIN. MS MAXIMILLIAN. MR Schatzel
J. NOWICKI. C. KUNKLE. N. FERENCE.
MS ELOVICK. T. Lieber. M. SChaefer. A.M.
Sullivan. MR CUOMO. MS DEGRAW MR J. EFFMAN.
MS. M. STIRK. T. LAMITIE. K. O'NEILL.
M DRAKE. J. TOURIELLO. D. SLURFE. MS ELovick.
MR Melodio; MR C. Miller. MR EASTTON. MR
Cleveland, MR Boscue, MR Mulligan. MR NABOZNY.
#(33)
Continued

CONTINUED

— MR BRANSTEIN; MR. W. OWEN; MR HEYWOOD.
MR ANNUCCI; MR KOENIGSMANN; MR BURNOH.
MR. KEYSER; AND OMH; DOCCS AND STATE
OF NEW YORK AND CNYPC, IN THE US NORTHERN
DISTRICT COURT OF NEW YORK STATE; SULLIVAN
COUNTY SUPREME COURT. WASHINGTON COUNTY
SUPREME COURT; CAYUGA COUNTY SUPREME
COURT ERIC COUNTY SUPREME COURT, UNDER
42 USC § 1983 COMPLAINTS UNDER THE
CASES NUMBERS ABREU V. ANNUCCI ET AL.
INDEX 1416-15; (SULLIVAN COUNTY) ABREU V.
H. GRAHAM ETAL DOCKET NO CA 16-00420.
(APPEAL, APPELLATE DIVISION FOURTH DEPT/§ 1983
COMPLAINT IN CAYUGA COUNTY). ABREU V. BURGE
ETAL. INDEX # (CA2014-00126) (APPEAL TO
APPELLATE DIVISION FOURTH DEPT) . ABREU V.
KOOI ETAL. INDEX NO. 2014-0485 (CAYUGA COUNTY)
ABREU V. KOOI ETAL 9:14-CV-1549 US NORTHERN
DISTRICT COURT NYS . ABREU V. N.YS/DOCCS
AND OMH INDEX 8318-09 (ALBANY COUNTY)
ABREU V. SGT BARCOMB ETAL (WASHINGTON COUNTY).
ABREU V. GOODLIFE ETAL SENECA COUNTY INDEX
# 48396( APPEALS TO FOURTH DEPT APPELLATE
DIVISION ) ABREU V. MILLER ABREU V KEYSER
U.S. COURT OF APPEAL FOR THE SECOND CIRCUIT
DOCKET NO 16-3915 ABREU V. LIPKA ETAL
DOCKET # 9:16 CV-0775 . (ABREU V LIPKA
ETAL APPEALS (US COURT OF APPEAL FOR THE
SECOND CIRCUIT CASE # 17-777 PR . ABREU
V. NEW YORK STATE CASE # 520478 (CLAIM
NO. 117876) (THIRD DEPT APPELLATE DIVISION)
ABREU V. GRAHAM ETAL. INDEX # 2673-14/APPEALS
TO THE THIRD DEPT APPELLATE DIVISION) INDEX # 804239 F-2015

98) MR ABREU SUED TO THOSE DEFENDANTS ABOVE
CHALLENGED THE CONDITIONS OF CONFINEMENTS IN THE
CNYPC-OMH. SULLIVAN CF SHU. AUBURN CF SHU.
(CONTINUED

WENDE CF SHU : GREAT MEADOW CF SHU :
AND FIVE POINT CF CHALLENGED STAFF
AND OFFICIAL MISCONDUCTS ASSAULTS :
DENIAL OF MEDICAL AND MENTAL HEALTH CARE
TO HIS SERIOUS MEDICAL AND MENTAL HEALTH
NEEDS , CONFISCATIONS OF LEGAL MATERIALS AND
HALTING OF LEGAL POSTAGES : POWERS COURT ETC
UNLAWFUL CONFINEMENTS UNLAWFUL ILLEGAL &
UNCONSTITUTIONAL TRANSFER AND CUSTODY TO
DOCCS CUSTODY FROM OMH / CNYPC CUSTODY .
WHERE THE JUDGE BERTON FROM THE COUNTY
DUTCHESS SUPREME COURT ORDERED ON JON/22/
2014 THAT MR ABEEN BE TRANSFERRED AND
SECURED IN A SECURE TREATMENT FACILITY IN
THE CENTRAL NEW YORK PSYCHIATRIC CENTER (CNYPC
PURSUANT TO N.Y.S MENTAL HYGIENE LAW SECTION
(K) ARTICLE 10 . CHALLENGED ALSO MR ABREN ILLEGAL
& UNLAWFUL ADMINISTRATIVE SEGREGATIONS IN
THE SHU , IN DOCCS CUSTODY . (SEE THE STATE
OF NEW YORK V. CARLOS ABEEN # 99A3027
INDEX # 2014/299 , JANUARY /22/ 2014.
ABEEN V. STANFORD INDEX # 1576-15/CASE
# 522930 ( APPEALS TO THIRD DEPT APPELLATE
DIVISION ) ABREN V. KEYSER INDEX # 1710-15
(OLD # 522930) ( APPEAL THIRD DEPT DIVISION)
99 ) ALL AND EACH OF THIS CASES AND APPEALS
HAVE MERITS , BUT THE DEFENDANTS MR BRUEN
MS HEYWOOD : MR MELECIO MR KEYSER : MR
COLVIN MR BURNETT : BELLNIER : MR HILTON :
MR EARISTON : MR CLEVELAND : MR DASCUE :
MR MULLIGAN : MR NABOZNY : MS MILLER : MS
JONES : MR S CROSBY : MS. RELYEA : MILERRACA
IN HALTING MR ABREN IN LEGAL POSTAGES LEGAL
COPIES MATERIALS AND THE DEPRIVATIONS AND
CONFISCATIONS OF MR ABREN LEGAL MATERIALS &
BOOKS STARTING FROM 2015 TO THE PRESENT 2517
# (39                          (CONTINUED).

CONTINUED

— Has impeded or fruitrated or inter-
-fering with Mr Abreu's cases and appeals
in such courts and provokes that the
cases and appeal be dismissed or
abandoneds or impossibilities of follow the
court orders in time for to can to
litigate such cases and appeal in the courts
not this only cases but mony others
pendents in the courts, the courts in new
York state has a stature of limitations
for to litigate certain cases of appeal
once time it is filed in courts if a person
dont follow it statutes of limitations
the cases and appeal are dismisseds
such as abandoneds the defendants has
further knowlegges about all this, but they
told to Mr Abreu, we don't care if you
loss, or those cases are dismissed so sue
us. so the defendants understand that
they are denied to Mr Abreu access to
the courts in this cases of others cases/appeals
access to the courts, is not only file a
case in a court but also to be able to
litigate such cases in the courts of appeals
so, Mr Abreu have been injuries of harmed in
such cases and appeal in those cases of appeals
and in other cases of appeals in other courts
the which all has merits, of good cases/appeals

100) for example in Abreu V. Lipka etac
docket # 9:16 cv-0776 the US district court
northern district of newyork, granted Mr
Abreu IFP application under the imminent
danger in his 42 usc § 1983 complaint against
docs and omh officials/stoff of nurses in
great meadow of shu/bhu of central office
Albony. but the court ordered Mr Abreu, to —

# (36)                          (continued)

CONTINUED

- AMENDED his Complaint Howlver MR Abreu
even be able to Atended his Com plain
HE was unable con to ship of send or
forword his complaint omended to the
Court And unable con to make the
necessaries copies for each Defendontos
becouse the Defendontos Bruen Heywood
Annucci melecio mR miller Renewed the
Limitations of Advonce Reguest for Legal
copies of legal Postoges Holting mR Abreu
In all this from 2015 to 2016 of Renewed
Ogain on Feb/08/2017 for one more yeor
To feb 08 2018, plus ogain Conaiscated
all mR Abreu legal moteriols / Popers of books
including the Atended Complaint on 2/15/2017
That mR Abreu Has Reody to send to the
Court. The Defenbonts Has Further knowledger
that mR Abreu Has a court order a
legal Deobline for file his Atended complaint
In the court mR Abreu show to they the
Court order but ignored all it And told
mR Abreu we don't core. Conaiscored all
mR Abreu legal moteriols of tronskorreo
to mR Abreu Immediatey to five points
ct, of keep mR Abreu legal moteriols
in Great meadow ct of coiled to five
points ct officiols to Reported they
about the Doces orders of Holted mR Abreu
in legal Postoges of copies. The Atended
complaint was of neor to 100 poges so
this was in need of more of 5/five Postoges
for con to send it to the court before the
Deodline. The core was Dithived by the court
for foilure to follow the court order mR
Abreu Appeaced' to the second cirwit they
Approved mR Abreu poor person (IFP) of
the Appeal is pending in the court of Appeols
#(72)

101) A similar situation of case happened in Abreu V Miller case / Docket # 16-3915 U.S. Court of Appeals for the second Circuit. The appeal was dismissed because the defendant in paragh # 99 (above) denied to Mr Abreu legal postages & copies for to follow up second circuit court rules & legal deadline of court order, in stead the paper works and documents, in a time prescribed by the court clerk / court order. Mr Abreu the court order to defendants they refused to approve the legal postages / copies, so Mr Abreu was unable to sent it to the court of copy to the N.Y. Attorney General office in time so the appeal was dismissed so Mr Abreu was also injuried and the appeal has merits. The same in the case Abreu v. H Graham Docket No CA 16-00420 (N.Y.S Appellate Division Fourth Dept) and Abreu v. Annucci etol Index # 1416-2015 (County Sullivan Supreme Court New York State), and other cases/appeals

102) The Hon. Judge M Woford, told to the N.Y.S. Attorney of General in a phone conference in Abreu V. Farley No. # 11 CV 6251 in this court in 2016 that she believe that Mr Abreu is receive retaliations from the Doccs / Great meadow of D.facial with his legal materials and that Mr Abreu have a good claim of retaliation if filed in this court. Mr Abreu agree with the observations of the Hon. Woford comments that he is receive retaliations from Docus officials due to his cases in courts against they, so now they are confiscated all Abreu legal materials / books & denied him the proper legal postages / copies also in retaliations.

#(38)

103) MR Abreu, was Transferred to Five Points CF on March /03/ 2017 AND the Defendants MR Theodore · Ms Jones; DAmato · LAMANNA · MR Colvin · MR Rizzo · Ms Todd · Ms Heyl · MR White · MR Bouvia · MR Schelle · Ms Collins · MR Casper · MR Hoff · MR Rizzo · MR Patchen · MR PATROWSKI · MR. Casler · Ms S. Kompnick · MR Maureano Ms Miller · MR Lock · MR Casper · Ms. Gould & Helmick & Carroll · Refused to provide MR Abreu his Kosher Meals Failed & Refused to Assist MR Abreu to get his Kosher Meals. Forced to MR Abreu to Eat Other Foods / Regular Foods in Violations of his Jewish Religion even the DOCCS Computer & Records Show Clearly that MR Abreu Religion was Jewish & that He Receive Kosher Meals since the year 2007 (10 Years to 2017 ). they all were Denied MR Abreu Kosher Meals FROM March /03/ 2017 to APRIL /03/ 2017, one Month Complet even MR Abreu Reporting to they on this Daily in the RMHU in them Rounds & in Letter & in grievance complaints. they violated MR Abreu FIRST Amend Right Federal & State Laws & Regulations about Religion & Meals & DOCCS OWN Policy

104) MR Abreu Have been Denied of all Medical Care attentions Treatments & Sick Call Services & Many his Medications also in the SHU / GRD FROM APRIL 12 2017 to June 03 2017 (Present): by the Defendants Stevens · Young Ms. Burnett · Mrs Salotti Belgord · Haines · Mott · Jontec & Other Nurses approved & Authorized also by the Defendants Dinello · Belgord · Koenigsmann · Miller LAMANNA, Colvin, Jones · Rocker Gleason Shields Bruen, Beinier, & Hiton · in violations of the 1ST, 8TH AND 14TH Amend Rights & State Laws.

#(20(

105 ) The Defendants DABSON, DOMAGALSKI, MOTT,
JANTEC, BERNSTEIN; Schlee, Sullivan, & McCulloch
Have Discontinued MR Abreu DEPRESSIONS MEDS
in a Deliberate indifference to MR Abreu
DEPRESSION, lock of sleeping & DISTRESS.
They Discontinued all it in the month of March
2017, And MR Abreu DEPRESSION, DISTRESS &
lock of sleeping in June/2017 is WORSE.
This Defendants Have Violated the MT 8th
And 14th Amend Rights, & State law in N.Y.S

106 ) The Defendants MR T. Johnson   And
L. STOJKAJ along with The Defendant
MR MAHER, Have in Retaliations written
a Misbehavior Report against MR Abreu
ON 3/17/2017(Incident 2/13/17) because MR Abreu
Wrote a letter of Complaint to MR Bruen
about his Misconducts & Reprisals/Retalia
-tions And Discriminations in Halting to
MR Abreu in legal Postages, legal Copies
& Medical Records & his legal Materials
Confiscated in violations of his Rights Due
Process And Right to access to the Courts
And his interference in MR Abreu open cases
The Defendants MR Johnson, Stojkaj & MR
Maher Rather that Resolve the Problems & Rather
That Defend MR Abreu Rights & Docu directives
#793, #4483, #4422, #4421 & #2788 about obvone legal
Mails legal copies & Medical Record & Property
They wrote a Ticket Report to MR Abreu, & don't
Have yet Resolved Any of this Problems, During
them Investigations about this Matters. The
Defendants Paitchen & Ramirr, don't allowed
to MR Abreu to attend & Participate in his Dis-
ciplinary Hearing, Denied of Witness to MR Bruen
And Violated MR Abreu Due Process, & to Defend
himself violated MY Abreu US Const Rights under the
1st, 5th, 6th, 8th & 14th Amen. Dispute law & NY

107) Defendants Coventry and Effman, are the PREA Coordinators in Five Points CF and central office DOCCS in Albony they Has allowed and permitted that Mr Abreu be subjected to violence several assaults, physical assaults and sexual harassments in Five Points CF that they perfectly to know that Mr Abreu it not supposed to be in Five Points CF placed so and Mr Abreu life, safety security Health core wellbeing welfare in an imminent danger. Violated the PREA law Mr Abreu constitutional Rights under the 1st 8th And 14th Amend Right. of State Laws of failed to protect Mr Abreu of failing to discipline or prosecute to this state in state or in federal courts, in N.Y.S.

108) Mr Abreu, Have been subjected to multiply cell searches, in retaliations and compaigns of harassment in Five Points CF RMHU of SHU/GTP by Defendants Couper Glimere Lock Labrake Riley Patchen and others c.o.s on 3/06/17. 3/26/2017, 4/06/2017, 4/09/2017, 4/20/2017, 5/28/2017, mistreated Mr Abreu Properties confiscated stem of properties mishandled all it. left his cell in disorrder of others misconducts in violations of the 1st 4th and 8th of 14th Amend Right and State law.

109) Mr Abreu Filed two (2) grievance complaints in Great meddow of about the Control Suit in the visit room during Famity of friends visit explained that it can to provoke violence. problems assaults act between prisoners and families are in Danger too the CORC agreed with Mr Abreu that the suit will not be used or wearing during visits in the visit room. However Defendant Calvin Mr Miller Shields Rocker of Gleason, they don't care care decisions of they don't will go follow it

#481

110) Mr Abreu Has Written numerous letters And Complaints To The Defendant Bradt Bellamy, Bellnier, Annucci, N. Relyea, Rosby, M. Schultz, T. Schoell, A. Lamanna, Hilton, J. Mckoy, Effman, Bruen, Koenigsmann, Mahar Misuraco, L. Jones, Mactavish, Bernstein Nerf, And Heywood about his Conditions of Confinement legal materials assaults Abuses mistreatments Suit Denial of Program Denial of Counseling services mental health services Retaliations Discriminations Harass Denial of legal Postages properties no processed grievances facility claims injuries Asthma inhaler medical issues state mix conducts the multiply tickets violations of due Process Handcuff Chains leg Iron foods sexual Harassment/assaults/sick Call issues Imminent Danger in Five Points of ect All This Defendants above Responded in part to Mr Abreu Complaints in behalf of the Docc Commissioner Annucci on March 01, 2017, March 10, 2017, March 23, 2017, March 28, 2017, March 30, 2017, March 31, 2017, April 05, 2017, April 05, 2017, April 07, 2017, April 12, 2017, April 14, 2017, April 17, 2017, April 19, 2017, April 25, 2017, April 27, 2017, May 01, 2017, May 03, 2017, May 04, 2017, May 08, 2017, May 09, 2017, May 10, 2017, May 12, 2017, May 15, 2017, May 16, 2017, May 17, 2017, May 18, 2017, May 23, 2017, And May 24, 2017 alleged that they received Mr Abreu complaints letters & grievances/claims in Five Points of And Docc Central office Omit Central office And CNYPC but those Defendants to the Present Don't Have yet Received none of Mr Abreu complaints, and all the Problems Continue to be the Some all This Defendants acted of a form Deliberate & indifferent to Abreu Complaints

# 40

"SPECIAL SOLICITUDE FOR PROSE INMATES"
— AND —
IMMINENT DANGER"

111) MR ABREU HE IS SUFFERED AND FACING
IMMINENT DANGER IN FIVE POINTS CF AND
THIS COURT WILL TO GRANT HIS IFP, AND
ASSIGN TO MR ABREU IMMEDIATLY A PRO-
BONE COUNSELS, WHO CAN TO ASSIST HIM IN
THIS ACTIONS CLAIMS COMPLAINTS HEARINGS
AND ANY FUTURE AMENDED COMPLAINT, IF
NECESSARY IN THIS CASE, AND SPECIAL SOLICITUDE

112) ON MARCH 06 2012 THE HON. CHARLES
J. SIRAGUSA U.S. DISTRICT JUDGE WESTERN
DISTRICT COURT OF NEW YORK, SENT A LETTER
TO THE HON. WILLIAM HOCHUL, U.S. ATTORNEY
REPORTING TO HIM, THAT ON JANUARY 17/2012
MR ABREU WAS TORTURED ROPED AND SEXUALLY
ASSAULTED OVER A THREE HOUR PERIOD IN FIVE
POINTS CF IN THE HANDS OF THE SERGEANTS
BOBINEAUX GOODLIFE HAFF ALONG WITH
THE C.O.S' T. CARROLL S. VANHORN G.
HINMAN S. WHITE M. JENKINS J.
COSPER B. SCHMITT, THIS CLAIMS WERE
ADDED TO THE ACTION IN ABREU V. COUNTRYMAN
ETAL CASE # 12-CV-6032 AFTER CONSOLIDATE
WITH THE CASE ABREU V. FARLEY ETAL #
11-CV-6251 WHERE THIS COURT GRANTED IFP
AND ASSIGNED PRO BONE COUNSELS TO MR ABREU
IN BOTH CASES, MR ABREU COUNSELS REPORT
TO THIS COURT IN AN AMENDED COMPLAINT
THAT THERE ARE RECORDS THAT MR ABREU
NOT ONLY WAS PHYSICALLY AND SEXUALLY
ASSAULTED ON JAN 17/2012 BUT ALSO BETWEEN
THE YEAR 2010 TO 2012 HE WAS ASSAULTED
PHYSICALLY MORE OF FIVE (5) TIMES IN FIVE
POINTS CF SHU, F INFIRMORY/MHU OBS CELLS.

ON MARCH 17, 2015 THE HON. CHARLE J. SIRAGUSA
4 (cut)                                    (CONTINUED.

CONTINUED

- He wrote a letter to the N.Y.S Inspector General of New York State M Catherine Leahy Scott and to Debra A. Martin Assistant Attorney General in charge of the N.Y.S Attorney General's Office in Rochester reported to They on March 17 2015 that Defendants in the case Abreu v. Farley eta id. were Threatened Horassed abused of Mr Abreu and other misconducts, from former staff of officials from Five Points CF also worked now in Wende CF. He also granted Mr Abreu IFP in Abreu v. Brown etal 14-C2-6599-CJS, consolidated with Abreu v. Holmison case where IFP under Imminent Danger were also granted (see please Exhibit 15(A))

(113) Now Mr Abreu was returned back to Five Points CF SHU where he has an alleged separations from Five Points CF officials and Mr Abreu again, he is facing Imminent Danger in Five Points CF SHU in the Hands of the same staff who has physically of sexually assaulted to him between 2010 to 2012 including to the officials mentions by Hon. Sirogusa in the letter of March 06 2012 such as example the Sgt Goodliff he continue working in Five Points CF now he is a L.T. the Sgt Babineaux he is now also a L.T. the Sgt Hoff he continue working in Five Points CF SHU. the C-O S. Van Horn he is now a Sgt; C-O S. White; M. Jenkins; T. Coaker; B Schmitt; and C.O. Carroll also continue working in Five Points CF of SHU. Other staff/officials such as the DSS Mr Colvin he is now the Superintendent of Five —

* (Hon)..

(continued)

CONTINUED

- Points C.F. The sgt Gleason now He is a Coptain in Five Points C.F. And Several Stoff of nurses in mr Abreu lawsuits Pindents in this court in Abreu v Farley e.roc of Abreu v Countryman etal continue working in Five Points C.F including to The C.O. Countryman. Several of those Stoff of Officials such as sgt Hoff L.T Goodliffe, Cowper, Von Horn, White Corrou nurse Cheasman, supt Colvin, of Copt Gleason Has Threatened mr Abreu with physical assaults since mr Abreu arrive to Five Points C.F. And in facts mr Abreu He was assaulted physically on April/19 $20 2017 of Received also other sexual assault of sexual Horassments such as explained in this complaint all in Retaliations

114) Mr Abreu medical Devices were all also Discontinued his T.B meds Asthma Inhaar Denied of his eye glasses Denied of see a doctor of Dentist for 3 months even He filed sick call slip Dary of Reporting injuries of chronic pains even in the physical assault doctor of nurses Refused to exam Him of P.A of AP or N.P ms Sabotti is port of Abreu lawsuit in the other actions in this court so this is very clear that mr Abreu is Received Retaliations in Five Points C.F they Has also mentioned these lawsuits of are directed by Five Points C.F High Officials/ Administration of Doccs Officials Don't Provide nothing to mr Abreu Don't prescribe nothing to Him, for try to affect Him in his Pandents lawsuits in this court. Also they Has cruelty of in Unusual punisher placed mr Abreu in leg Iron Chains of Handcuff—

(CONTINUED)

(CONTINUED)

behind back, closed his EVP window with a plexiglass that provoked of block visibilities when the laws of DOCCS directive 4933 of the settlement in DAI V. OMH / DOCS say clearly that it EVP window panels of solid door for the SHU will be keep in an open POSITION also the SHU Exclusion law ordered it for avoid more psychological of psychiatric dangers of suffering to the inmates designed SHU of provide to they fresh air of proper visibilities.

115) MR Abreu have received more of 27 tickets in a short period of time more than in any other SHU(S) state wide showing clearly that five points of officials of staff hate MR Abreu of due on the possible for harm of injury him physical of mentally of psychologically in retaliations. MR Abreu psychiatric medications for sleep of depression were discontinued of a form deliberate and indifferent of five points of officials of administration to appear control of manipulate to OMH clinicians staff, nurses of psychiatrist to do whatever they want of ask to they to do even if OMH of DOCCS are two separated agencies working in the same facility, and even OMH satellite unit is a satellite from the CNYPC

116) They also here in five points of the administration, officials of staff don't allow or permit MR Abreu to attend of or to participate in the programs designed for the SHU inmates with serious mental illness.

117) Then this is very clear that the Defendants of the N.Y.S DOCCS OMH of new york state of CNYPC are violated MR Abreu Rights of placed him in an Imminent Danger including forced him to wear an unconstitutional suit of placored exposer that provoke associates discriminations abuses violence stare write multiply tickets bulling harass reprisals humilians so focations & hate the suit it has a big lock belting neck of it is attached to the neck provoke also pains of feeling choking sensations. So MR Abreu, life, Health, core, safety. wellbeing Health & security Are in an Imminent Danger in five points cf MR Abreu is suffering in five points cf s.H.u a repeative situations mistreatments of abuses twice worses that when he was in five points cf from 2010 to 2012 such as reported in Abreu v. Farley of courtryman case (consolidated with farley case)

118) Please be adviced also that the Defendants MS B. Misuraca Head acct clerk The DSA lomanna Are refused to fill & complet the prison certification section of MR Abreu motion to proceed in forma pauperis and supporting affirmation. they are the prison officials assigned to sign & fill it section of the motion but in march april 07 2017 & may 2017 they have refused to sign it returned it unsigned /unfilled or not returned it back to MR Abreu this is very clear that they are trying to avoid that MR Abreu file this lawsuit in the court of to interfer with his access to court of avoid that he report all this abuses & mis/claims on five points

119) OTHERS Cases that the DEFENDANTS BRUEN. HAYWOOD
MR Miller. MR Melecio MR KEYSER MR BURNETT.
MR EASTMAN MR ANNUCCI MR BELIMIER AND
MR LOIVIN. That DON'T HAVE ALLOWED TO MR
ABREU to Litigate FULLY AFTER it were
FILED IN the COURTS & APPELLATE DIVISIONS
DUE TO the CONTINUED CONFISCATIONS and
DEPRIVATIONS OF MR ABREU Legal MATERIALS
Legal books & DEPRIVING & HAVING MR
Abreu in Legal POSTAGES & Legal COPIES
IN ADVANCES, ARE THE FOLLOWING Cases Below

120) ABREU v ANNUCCI INDEX # 23/4-16. ABREU
v NEW YORK State (Claim NO. # 113651, IN
APPEAL ABREU v. N.YS CASE # CA 10-01226
(FOURTH DEPT) ABREU v PORRITH INDEX # 225-12
APPEAL IN THIRD DEPT. Case # 515440 ABREU v
PORRITH INDEX # 206-12 APPEAL THIRD DEPT Case
# 515442 ABREU v. PORRITH INDEX # 227-12 &
APPEAL THIRD DEPT Case # 515443. ABREU v PORRITH
INDEX # 228-12. APPEAL THIRD Case # 515444.
ABREU v. PORRITH INDEX # 229-12 APPEAL THIRD
DEPT. Case # 515445. ABREU v PORRITH INDEX #
230-12 APPEAL THIRD Case # 515441; ABREU V.
MENTAL HEALTH CLINICIAN MS J. VETTER INDEX # 217-12
APPEAL THIRD DEPT. ; ABREU v GRAHAM INDEX # 2014-0506
(APPEAL FOURTH DEPT). ABREU v ANNUCCI INDEX # 23/4-16
ABREU v. ANNUCCI INDEX # 23/4-16. ABREU v. VENETTOZZI
OR ABREU v. ARACK INDEX 825-15 (APPEAL THIRD DEPT)
ABREU v FISCHER INDEX # 44908 (APPEAL FOURTH DEPT)
ABREU v. LEMIRE DOCKET 9:11-CV-0839/APPEAL TO
SECOND CIRCUIT WAS FRUSTRATED TOO). ABREU v. ANNUCCI
INDEX # 4509-16 (APPEAL THIRD DEPT); ABREU v. BRUEN
INDEX # 4732-16 (APPEAL THIRD DEPT); ; ABREU v. MASON
ETAL # 520673 (THIRD DEPT) & FRANKLYN COUNTY SUPREME COURT
ABREU v. TABB JR & TAL CASE # 520589 (THIRD DEPT / FRANKLEY COUNTY
ABREU v NHU Claims # # 125123, & OTHERS Cases & Claims & APPEALS
HAS BEEN AFFECTED BY DEFENDANTS MISCONDUCT AGAINST ABREU PLS AFRO

48/

# LEGAL CLAIMS

121) Plaintiff's Rights were violated such as explained from Paragraph(s) 115 through (to) 120 in the hearings. Deliberate indifference to medical and mental health needs medications medical deprivations medical devices. Denied of mental health & docu programs therapy rehabilitations treatments cause & others Sexual assaults. Sexual Harassment, Abuses Discriminations Retaliations Unsafe Religion Conditions of confinements Restraining & Orders. Deprivations of confiscations of propertry legal materials books. Cell search. Deprived of Harrering of limited int advances for legal postages legal copies medical records due process violations in ticket reports & discipline Denial of access to the courts lawyers legal organizations. interferring & impeded appeals & cases actions claims & proceedings already open in courts and in need of be litigated. Campaigns of Harrasments. Violated Plaintiff 'Carlos Abreu # 99A3024' (Abreu Rights and constitutes, a violations of the cruel & unusual Punishment. Free exercise of Religion. Freedom of speech. Petition the government for a Redress of grievance. Due Process, the Right to the persons to be Secure in their persons papers & effects. Deprived of Liberty and property. Equal Protection of laws under the US Constitution 1st, 4th 5th 8th and 14th Amendment Rights. & under the federal laws PREA Law, ADA & Rehabilitation Act. the 18 usc Section 241-242. 18 usc § 14141. The 42 usc § 200066 (RFRA). The correction laws §§ §§ & 33.11.70 mental Hygiene Laws. 42 usc § 15601-15602 see others & court of claims act. Docu Directive # 2788 #4933 #4930 #4421 #4422 4940 & more Directives & issues

# INJUNCTIVE AND DECLARATORY RELIEF

122) PLAINTIFF'S ABREU RESPECTFULLY
FURTHER REQUEST THAT THIS COURT GRANT
AN INJUNCTIVE AND DECLORATORY RELIEF
DETAILING THAT THE DEFENDANTS DOCCS
OMH CNYPC COMMISSIONER ANNUCCI ASSIS
TANT COMMISSIONER HILTON DEPUTY COMMIS-
SIONER FOR CORRECTIONAL FACILITIES
MR BELLNIER SUPERINTENDENT MR COLVIN
DEPUTY SUPERINTENDENT FOR MENTAL
HEALTH IN CORRECTIONAL FACILITY OF FIVE
POINTS OF MS MILLER - DEPUTY COMMISSIONER
OF COUNSEL MR BRUEN, DEPUTY COUNSEL
MS HEYWOOD SUPERINTENDENT MR MILLER
AND DEPUTY SUPERINTENDENT MR MELECIO
POLICIES IN CONFISCATED MR ABREU
LEGAL MATERIALS PAPERS BOOKS AND
DEPRIVED HIM OF HIS LEGAL MATERIALS
AND HOLDING HIM IN LEGAL POSTAGES OF
LEGAL COPIES AND COPIES OF MEDICAL
RECORDS CLOORLY VIOLATE THE 1ST 5TH
8TH AND 14th AMEND. RIGHTS INCLUDING
THE POLICIES ABOUT THE EXPOSURE CONTROL
SUIT - PLACARD EXPOSER AND THE POLICIES
IN DENIED MR ABREU PROGRAMS TREATMENT
AND THEROPY AND VISITS FROM HIS
FAMILIES OF FRIENDS IN FIVE POINTS OR
IF HE DON'T WEARING AN EXPOSER CONTROL
SUIT, OF EVP WINDOW BE OPENED OF RESTRAINS BE ENDED

123) INTER PRELIMINARY AND PARMONENT
INJUNCTION ORDERED/ORDERING DEFENDANTS
TO REMOVE AND STRIKE — DOWN, THE
ORDERS OF HOLTERING MR ABREU IN LEGAL
POSTAGES LEGAL COPIES AND COPIES OF HIS
MEDICAL RECORDS IN ADVANCES, AND STRIKE—

Down AND Vacate, OR Remove The ORDERS
Denied MR Abreu to Have access to his
legal Materials Papers Documents legal
books, AND That all MR Abreu legal
Materials be Transferred Immediately
to Five Points CF AND That if MR
Abreu CANNOT Have access to the 20 bags
inside of his cell, that in least he
be allowed AND Permitted to Exchange
legal Documents Papers & Books every
each week or such as necessaries
based in Court ORDERs legal Deadline
Statures of limitations ect

124) ORDERing to The DEFENDANTS Hilton
Annucci, Mr Miller Colvin Rocker.
Bellnier. Sullivan, McCulloch. Dohagalski,
AND Mr Schlee along with other
DEFENDANTS AND OMH Docs of State
of New York in charge of the RMHU
GTP, & BHU Programs to allow &
Let & Permit to Mr Abreu to attend
go AND Participate in the RMHU GTP
& BHU Program without wearing the
Exposer Control Suit. That accommote &
adopt the Cages / Cubic & start tables
in a way that Mr Abreu not be necessary
to wear the suit. AND avoid Disclose his
Privacy Rights his Confidential Informations
about Mental illness medical issues &
avoid Humiliations, Bullying Harassments,
DiscriMinations abuses Retaliations
choking Sensations Pains Excessive Heating
AND other problems that Cause the suit
AND that the DEFENDANTS follow COPC Decisions
in ORDERing that the Inmates Don't wear the
suit in the visit Rooms, or avoid Violences &
Assauits in Inmates AND their Families in Visit Room

* (51)

125) ORDERING TO THE DEFENDANTS DR
KOENIGSMANN LAMANNA COLVIN ANNUCCI
DOCCS NYS DR DINELLO DR BELLFORD,
BELLNIER AND BRUEN, THAT MR ABREU
be PROVIDED OF ALL necessaries adequates
AND PROPER MEDICAL CARE attentions treat-
-ments sick call services and all his
PRESCRIBED MEDICAL Devices such as his
ORTHOPEDIC boot Eyeglasses Hand brace,
BACK SUPPORT, ASTHMA INHALER Lotions
CREAMS ACE bandages T.B MEDICATIONS
f NEURONTIN PAIN MEDICATIONS AND
ORDERING TO DEFENDANTS OMH DR DASSON-
DOMAGALSKI MCCULLOCH SULLIVAN BERNSTEIN
THAT MR ABREU Receive back his anti-
depressant, Medications, his Psychiatric
meds, AND his Strattera MEDICATIONS

126) ORDERING TO THE DEFENDANTS DR KOENIGS-
-MANN COLVIN LAMANNA ANNUCCI, DOCCS &
DINELLO f BELLFORD that MR ABREU be
allowed TO see a DENTIST an ORTHOPEDIST
(FOR Right Hand f LEFT FOOT/ANKLE) f an
Eye DOCTORS f SPECIALISTS WHO can TO exam
MR ABREU AND PRESCRIBE TREATMENTS, f MR
ABREU be allowed to see a PHYSICAL THERAPIST
FOR EXAMINATIONS f PHYSICAL THERAPY TO his
back Hand neck f ANKLE/FOOT

127) ORDERING TO THE DEFENDANTS ANNUCCI
DOCCS COLVIN BRUEN MS MILLER ROCKER-
BELLNIER NEW YORK STATE AND MAKER
TO PROVIDE PROTECTIONS SAFETIES SECURITY
Health CARE TREATMENTS attentions PROGRAMS
MEDITATIONS TO MR ABREU in Five POINTS of
KEEPING TO C.OS/sgts OF assaults to MR ABREU f
THAT C.OS f sgts who assaulted Physical f sexually TO MR
ABREU in Five POINT of be PROSECUTED f DISCIPLINE-

#(52)

WHEREFORE Plaintiff's Abreu He Respectfully Prays That This Court Enter Judgment Granting Plaintiff;

128) A Declaration That The Acts And Omissions Described Herein Violated Plaintiff's Rights Under The Constitution And Laws Of The United States.

129) Compensatory And Punitive Damages Jointly And Severally Against All The Defendants In The Amount of $10,000,000. (Ten Millions Of Dollars)

130) Awarding Plaintiff Fees And Costs Along With Compensatory And Punitive Damages In All And Such Cases Lawsuits, Court Of Claims Petitions, Habeas - Corpus Mental Hygiene Law Article 10 Cases 42 USC § 1983 Complaints And Any, & all Appeals That Courts, & Judges Has Dismissed Due To The Defendants actions & Misconducts In Confiscated and Deprived To Mr Abreu Of his legal Materials Papers Documents, books & Deprived & Holded Him In Legal Postage, legal Copies & Supplies That Croaked, Impeded & Interfered With Mr Abreu abilities To Litigate Such Cases or Appeals In Courts In New York & US Supreme Court Deprived Mr Abreu Of access To The Courts

131) Appointment Of Pro bono Counsels For Mr Abreu Can To Litigate This case In This Court(28 USC § 1915

132) A Jury Trial On all Issues Triable by Jury

133) Any additional Relief This Court Deems Just Dated 6/13/2017